UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JACQUELINE BRENNER** )<br>**Plaintiffs,** )<br>**v.** )<br>)<br>**WILLIAMS-SONOMA-INC.,** )<br>**Defendants.** ) | **C.A. No. 13-10931** |

### Order Dismissing Case

**WOLF, D. J.**

In accordance with this Court's Memorandum and Order dated September 28, 2016 it is hereby ORDERED that this action is dismissed without prejudice.

By the Court,

**September 29, 2016**             **/s/ Daniel C. Hohler**
           Date                                      Deputy Clerk